UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EXERTRON L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07-CV-285 (CEJ) |
| | ) |
| M.I.K.E. BIOMECHANICAL SYSTEMS, B.V., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

On August 20, 2007, the Court received a document titled "Answer to the Complaint in Federal Civil Case 4:07-cv-00285-CEJ" from Michael Amann. In the document, Mr. Amann identifies himself as a *pro se* defendant. Yet, Mr. Amann is not party to this action. The document purports to be an answer that he is submitting on behalf of his company, defendant M.I.K.E. Biomechanical Systems, B.V. However, it does not appear that Mr. Amann is an attorney, and therefore he cannot represent the corporation in this lawsuit. Additionally, the law does not allow a corporation to represent itself. See Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996). The defendant is not permitted to file motions or pleadings *pro se*, but may do so only through an attorney.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall return the document described above to Michael J. Amann with a copy of this order attached.

**IT IS FURTHER ORDERED** that a licensed attorney must enter an appearance and file an answer or responsive pleading on behalf of

defendant M.I.K.E. Biomechanical Systems, B.V. **not later than September 25, 2007.**

**The defendant is warned that failure to comply with this order may result in entry of default and default judgment in favor of plaintiff.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2007.