```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

EXERTRON L.L.C.,                    )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )      No. 4:07-CV-285 (CEJ)
                                    )
M.I.K.E. BIOMECHANICAL SYSTEMS,     )
B.V.,                               )
                                    )
            Defendant.              )
```

### MEMORANDUM AND ORDER

This matter is before the Court following receipt of a document submitted by Michael J. Amann, purportedly on behalf of defendant M.I.K.E. Biomechanical Systems. Mr. Amann attempts to file a *pro se* response to the August 18, 2008 order finding the defendant in contempt for failing to comply with earlier court orders.

This represents Mr. Amann's second attempt to file a pleading or memorandum in this matter. The Court previously rejected Mr. Amann's *pro se* answer to the complaint. Mr. Amann is not a party to this action and the law does not allow a corporation to represent itself. See Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996). Additionally, it does not appear that Mr. Amann is a licensed attorney, and therefore he cannot represent the defendant in this suit.

Mr. Amann's response will be stricken from the record and returned to him. If the defendant wishes to submit a response to the contempt finding, it may do so only through a licensed attorney.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall return the Document #23 to Michael J. Amann with a copy of this order attached.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Document #23 from the docket record.

**IT IS FURTHER ORDERED** that Mr. Amann is prohibited from filing any further documents on behalf of the defendant.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of September, 2008.